# United States District Court

WESTERN DISTRICT OF WASHINGTON

DEL ALLAN BIRMINGHAM,

        Plaintiff,

        v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C10-5215KLS

__ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

√ **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT the ALJ 's decision is AFFIRMED.

February 15, 2011

WILLIAM M. McCOOL
Clerk

By Traci Whiteley, Deputy Clerk